UN-SEALED PER *oral order*

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
FILED

MAY 0 7 2009

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § CHRISTIAN JOEL GARZA, § EMMANUEL CONTRERAS, § HECTOR QUINTANA, § JESUS SAUL PINEDA, § MIGUEL ANGEL PINEDA, § JUAN MANUEL PINEDA, § REGINALD KEITH MENEFEE, § JECOREY DWANN McGROUGH, § ROBERT ALLEN MEACHUM, and § RODRIGO GARZA, II § § Defendants § | CRIMINAL No. H-09-78-S  UNDER SEAL |

**SEALED SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Title 18, United States Code, Section 371 – Conspiracy)

A. INTRODUCTION

At all times material to this Indictment:

1. **The Gun Control Act**

a.  A "firearms dealer" is any person engaged in the business of selling, renting, leasing, or loaning firearms. The Gun Control Act states that no person shall deal in firearms until he or she has filed an application to do so with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (hereafter "ATF") and received a Federal Firearms License (hereafter "FFL") issued by the ATF. Each Federal Firearms Licensee (hereafter "licensed dealer" or "FFL") must maintain records of the receipt, sale, or other disposition of firearms at his place of business as

long as the business is in operation. Upon the closing of such business, the FFL must forward all of the required firearms records to the ATF Out of Business Section where they are maintained indefinitely.

    b.    Each FFL must maintain in a bound book the record of every firearm receipt, sale, or other disposition. Such record must include the name and address of the person to whom the dealer sells or otherwise disposes of any firearm. The ATF may inspect the premises, inventory, and records of the FFL without reasonable cause or a warrant to ensure the FFL's compliance with record keeping requirements or to trace a firearm sold by the FFL that later was involved in a crime.

2.    **The ATF Form 4473 (Firearm Transaction Record):**

    a.    The ATF Form 4473 (hereafter "Form 4473") is a document used and maintained by the FFL to create a written record of each firearm sale or disposition. The Form 4473 is completed in part by the FFL and in part by a firearms purchaser at the time a firearm is sold or otherwise disposed of. The Form 4473 memorializes that an FFL has taken all precautions required by the ATF and his license to make sure he does not transfer a firearm to a person who is prohibited from possessing it. Accordingly, among other things, the Form 4473 records that a firearms purchaser identified himself to the FFL with a valid identification bearing his photograph. The Form 4473 also requires that the purchaser truthfully answer a series of questions about the firearms transaction.

    b.    One important question asked of the firearms purchaser is, "Are you the actual buyer of the firearm(s) listed on this form?" The block on the Form 4473 containing this question goes on to warn that, "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s)

to you." The Form 4473 next refers the firearms purchaser to "Notice 1," which is printed on the form and which provides a hypothetical example of an unlawful firearms purchase on behalf of another person. This question and its related warning and explanation put the purchaser on notice that buying a firearm on behalf of another person is prohibited and prevent unlawful third-party purchases. FFLs must keep each executed Form 4473 at their place of business and must make them available to the ATF for inspection.

c. The purpose of the Form 4473 is threefold. The first is to cause FFLs and prospective firearm purchasers alike to take note of any legal impediments to the consummation of a firearms sale before deciding to proceed. The second is to acquire sufficient information about the purchaser to enable the Federal Bureau of Investigation (hereafter "FBI"), though its National Instant Background Checking System (hereafter "NICS"), to perform a criminal history check of the purchaser to verify he or she is not prohibited from possessing a firearm on account of a prior felony conviction or status as an illegal alien, among several other prohibitions. The third purpose of the ATF Form 4473 is to create a traceable record of the sale of a firearm, which permits law enforcement officers in an on-going criminal investigation involving a firearm as evidence to trace the firearm to its last-known owner.

d. The information provided by the purchaser of a firearm on the Form 4473 must be true and accurate. It is a felony offense for any person to knowingly provide false information on a Form 4473.

## B. OBJECT OF THE CONSPIRACY

Beginning on or about March 13, 2006 and continuing until on or about July 28, 2007 in the Houston Division of the Southern District of Texas and elsewhere,

**CHRISTIAN JOEL GARZA,**

**EMMANUEL CONTRERAS,
HECTOR QUINTANA,
JESUS SAUL PINEDA,
MIGUEL ANGEL PINEDA,
JUAN MANUEL PINEDA,
REGINALD KEITH MENEFEE,
JECOREY DWANN McGROUGH,
ROBERT ALLEN MEACHUM, and
RODRIGO GARZA, II**

defendants herein, did knowingly combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of that term in Chapter 44 of Title 18 of the United States Code, to knowingly make false written statements which were intended to and likely to deceive the licensed dealers of firearms as to a fact material to the lawfulness of such sales to the defendants under Chapter 44 of Title 18 of the United States Code, in that the defendants represented on ATF Forms 4473 that they were the actual buyers of the firearms, when in fact, as the defendants then well knew, they were not the actual buyers of the firearms, in violation of Title 18, United States Code, Section 922(a)(6) and Section 924(a)(2).

## C. MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that:

(1) The defendants would and did purchase firearms from Federally licensed firearms dealers (FFLs) and falsely represented that they were the actual purchasers of the firearms.

(2) The defendants would and did purchase said firearms on behalf of others known and unknown to the Grand Jury.

(3) The defendants would and did purchase specific types of firearms as requested by the actual purchasers who promised them payment for doing so.

(4) The defendant would and did purchase these firearms knowing that they would be re-sold in Mexico or in the Texas/Mexico border region to members of the criminal street gang known as "Los Zetas" and other persons to whom transfer of such firearms was prohibited by Federal law.

### D. OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the defendants performed and caused to be performed, among others, the overt acts alleged in Counts Two through Eleven of this Indictment.

In violation of Title 18, United States Code, Section 371.

### COUNT TWO
### (False Material Statement to a Federal Firearms Licensee)

On or about June 29, 2006, in the Houston Division Southern District of Texas,

**CHRISTIAN JOEL GARZA,**
**EMMANUEL RODRIGUEZ CONTRERAS, and**
**HECTOR RAMON QUINTANA,**

the defendants herein, aided and abetted by each other and others known and unknown to the Grand Jury, in connection with the acquisition of one or more firearms, namely two Bushmaster, Model XM15, .223 caliber rifles, five Bushmaster, Model BCWA1F, .223 caliber rifles, and four Bushmaster, Model BCWA3F, .223 caliber rifles from Carter's Country No.1, a firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to an employee of Carter's Country No. 1, which statement was intended and likely to deceive Carter's Country No. 1, as to a fact material to the lawfulness of the sale of the said firearms under Chapter 44, Title 18, United States Code, he executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) in which

he falsely stated he was the actual buyer of the firearms when in fact he was purchasing the firearms on the behalf of another person.

In violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNT THREE
### (False Material Statement to a Federal Firearms Licensee)

On or about November 13, 2006, in the Houston Division of the Southern District of Texas,

### EMMANUEL RODRIGUEZ CONTRERAS,

the defendant herein, in connection with the acquisition of one or more firearms, namely eight Beretta, Model M9, 9mm caliber pistols from Carter's Country No. 1, a firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to an employee of Carter's Country No. 1, which statement was intended and likely to deceive Carter's Country No. 1, as to a fact material to the lawfulness of the sale of the said firearms under Chapter 44, Title 18, United States Code, in that he executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) in which he falsely stated he was the actual buyer of the firearms when in fact he was purchasing the firearms on the behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR
### (False Material Statement to a Federal Firearms Licensee)

On or about January 9, 2007, in the Houston Division of the Southern District of Texas,

### CHRISTIAN JOEL GARZA, and
### JECOREY DWANN McGROUGH,

the defendants herein, aided and abetted by each other, in connection with the acquisition of one

or more firearms, namely two Bushmaster, Model XM15M4, .223 caliber rifles, one Armalite, Model AR-10A2, .308 caliber rifle, three FN-Herstal, Model PS90, 5.7 x 28mm caliber rifles, and one FN-Herstal, Model Five-seveN, 5.7 x 28mm caliber pistol from Collector's Firearms, a firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to an employee of Collector's Firearms, which statement was intended and likely to deceive Collector's Firearms, as to a fact material to the lawfulness of the sale of the said firearms under Chapter 44, Title 18, United States Code, in that he executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) in which he falsely stated he was the actual buyer of the firearms when in fact he was purchasing the firearms on the behalf of another person.

In violation of Title 18, United States Code, Sections 2, 922(a)(6) and 924(a)(2).

## COUNTS FIVE THROUGH SEVEN
### (False Material Statement to a Federal Firearms Licensee)

From on or about April 27, 2007 until on or about May 28, 2007, in the Houston Division of the Southern District of Texas,

**CHRISTIAN JOEL GARZA, and
REGINALD KEITH MENEFEE,**

the defendants herein, aided and abetted by each other, in connection with the acquisition of one or more firearms from a firearms dealer within the meaning given to that term by Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of the sale of the said firearms to the defendant under Chapter 44 of Title 18 of the United States Code, in that the defendant represented that he was the actual buyer of the firearms listed on a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms

Transaction Record) when in fact, as the defendant then well knew, he was not the actual buyer of the firearms, and the transactions are more particularly described below:

| COUNT | DATE | DEALER | FIREARM(s) |
|---|---|---|---|
| 5 | April 27, 2007 | Carter's Country #1 | – two Bushmaster, Model BCWA2F, .223 caliber rifles; and<br>– one Bushmaster, Model BCWA1F, .223 caliber rifle. |
| 6 | May 1, 2007 | Carter's Coutry #1 | – four Bushmaster, Model BCWA1F, .223 caliber rifles. |
| 7 | May 28, 2007 | Gander Mountain #402 | – three Bushmaster, Model 16M4, .223 caliber rifles; and<br>– one DPMS, Model Panther, ..23 caliber rifle. |

In violation of Title 18, United States Code, Sections 2, 922(a)(6) and Section 924(a)(2).

## COUNTS EIGHT THROUGH TEN
### (False Material Statement to a Federal Firearms Licensee)

From on or about March 26, 2007 until on or about May 28, 2007, in the Houston Division of the Southern District of Texas,

**CHRISTIAN JOEL GARZA, and
RODRIGO GARZA, II**

the defendants herein, aided and abetted by each other, in connection with the acquisition of one or more firearms from a firearms dealer within the meaning given to that term by Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive the licensed firearms dealer as to a fact

material to the lawfulness of the sale of the said firearms to the defendant under Chapter 44 of Title 18 of the United States Code, in that the defendant represented that he was the actual buyer of the firearms listed on a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) when in fact, as the defendant then well knew, he was not the actual buyer of the firearms, and the transactions are more particularly described below:

| COUNT | DATE | DEALER | FIREARM(s) |
|---|---|---|---|
| 8 | March 26, 2007 | Carter's Country #1 | – six Bushmaster, Model XM15, .223 caliber rifles. |
| 9 | March 27, 2007 | Gander Mountain #402 | – two Bushmaster, Model 16M4, .223 caliber rifles; and<br>– one Bushmaster, Model XM15E2s, .223 caliber rifle. |
| 10 | May 28, 2007 | Carter's Country #1 | – six Bushmaster, Model XM15, .223 caliber rifles. |

In violation of Title 18, United States Code, Sections 2, 922(a)(6) and Section 924(a)(2).

## COUNT ELEVEN
### (Dealing in Firearms Without a License)

From on or about March 13, 2006 until on or about June 6, 2007, in the Houston Division of the Southern District of Texas,

## CHRISTIAN JOEL GARZA

the defendant herein, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, the United States of America hereby gives notice that all firearms and ammunition involved in or used in the commission of the offense in violation of Title 18, United States Code, Sections 922(a)(6) and 922(a)(1)(A), charged in Counts One through Twenty-Six, are subject to forfeiture, including but not limited to, the firearms appearing in Exhibit "A" attached to this Indictment.

## SUBSTITUTE ASSETS

In the event that any of the property subject to forfeiture, as a result of any act or omission of any of the Defendants:

a. cannot be located upon exercise of due diligence;

b. has been placed beyond the jurisdiction of the Court;

c. has been transferred or sold to, or deposited with a third party;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the Defendants up to the value of such property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL.

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

TIM JOHNSON
Acting United States Attorney

By: *[signature]*

MARK W. WHITE, III
Assistant United States Attorney
(713) 567-9663

**EXHIBIT "A"**

Bushmaster, Model A3, .223 caliber rifle, serial number BFI471436

Bushmaster, Model A3, .223 caliber rifle, serial number BFI472858

Bushmaster, Model M4, .223 caliber rifle, serial number L403579

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI466152

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI470395

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI470438

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L399351

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L400838

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI480089

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI480365

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI480418

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI481489

Beretta, Model B4F5 .38 caliber pistol caliber rifle, serial number H279424

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI478637

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI479202

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI4822290

Bushmaster, Model BCWA2F, .223 caliber rifle, serial number BFI4484800

Beretta, Model M9, 9mm caliber pistol, serial number M9107616

Beretta, Model M9, 9mm caliber pistol, serial number M9107618

Beretta, Model M9, 9mm caliber pistol, serial number M9107619

Beretta, Model M9, 9mm caliber pistol, serial number M9107635

Beretta, Model M9, 9mm caliber pistol, serial number M9107636

Beretta, Model M9, 9mm caliber pistol, serial number M9107637

Beretta, Model M9, 9mm caliber pistol, serial number M9107638

Beretta, Model M9, 9mm caliber pistol, serial number M9107854

Beretta, Model M9, 9mm caliber pistol, serial number M9107633

Beretta, Model M9, 9mm caliber pistol, serial number M9107638

Armalite, Model AR-10A4, .308 caliber rifle, serial number US305085

Armalite, Model AR-10A4, .308 caliber rifle, serial number US305133

Armalite, Model AR-10A4, .308 caliber rifle, serial number US569443

Beretta, Model 92FS, 9mm caliber pistol, serial number H26063Y

Beretta, Model 92FS, 9mm caliber pistol, serial number H34549Z

Beretta, Model 92FS, 9mm caliber pistol, serial number H34659Z

Beretta, Model M9, 9mm caliber pistol, serial number M9-105964

Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number L421452

Heckler & Koch, Model USP, 9mm caliber pistol, serial number 24-093704

Heckler and Koch, Model P9S, 9mm caliber pistol, serial number 110430

S & W, Model MP15, 223 caliber rifle, serial number SW08910

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI493303

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI507268

Bushmaster, Model XM-15, .223 caliber rifle, serial number L423249

Bushmaster, Model XM-15, .223 caliber rifle, serial number L439030

Bushmaster, Model XM-15, .223 caliber rifle, serial number L439314

Bushmaster, Model XM-15, .223 caliber rifle, serial number L447190

Bushmaster, Model 16M4, .223 caliber rifle, serial number L436538

Bushmaster, Model 16M4, .223 caliber rifle, serial number L438175

Bushmaster, Model E2S, .223 caliber rifle, serial number L40754

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI514339

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI514432

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI514808

Bushmaster, Model XM-15, .223 caliber rifle, serial number L444429

Bushmaster, Model XM-15, .223 caliber rifle, serial number L450761

Bushmaster, Model XM-15, .223 caliber rifle, serial number L450787

FN, Model Five-Seven, 5.7 caliber pistol, serial number 386126742

FN, Model Five-Seven, 5.7 caliber pistol, serial number 386126422

FN, Model Five-Seven, 5.7 caliber pistol, serial number 386126743

Bushmaster, Model BCWA2F, .223 caliber rifle, serial number L416538

Bushmaster, Model BCWA3F, .223 caliber rifle, serial number BFI471666

Bushmaster, Model BCWA3F, .223 caliber rifle, serial number BFI483852

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L404463
Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L412911
FN, Model PS90, 5.7 caliber rifle, serial number FN042772
Armalite, Model AR-10-A2, .308 caliber rifle, serial number US568086
Bushmaster, Model XM15, .223 caliber rifle, serial number BFI497370
Bushmaster, Model XM15, .223 caliber rifle, serial number BFI497942
FN, Model FN 5.7, 5.7 caliber pistol, serial number 386136608
FN, Model PS90, 5.7 caliber rifle, serial number FN041343
FN, Model PS90, 5.7 caliber rifle, serial number FN045595
Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number L423288
Armalite, Model AR10, .308 caliber rifle, serial number US306938
Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number L423744
H & K, Model USP9, 9mm caliber pistol, serial number 24102264
S & W, Model MP15, .223 caliber rifle, serial number SW07657
Bushmaster, Model XM15, .223 caliber rifle, serial number BFI492349
Bushmaster, Model XM15, .223 caliber rifle, serial number L426253
FN, Model 5.7, 5.7 caliber pistol, serial number 386127096
Springfield, Model Socom II, .308 caliber rifle, serial number 197761
Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number BFI511177
FN, Model 5.7, 5.7 caliber pistol, serial number 38613886
Romanian, Model AK-47, 7.62 caliber rifle, serial number ZS-0035-84
Romanian, Model AK-47, 7.62 caliber rifle, serial number AN0372-70
Romanian, Model AK-47, 7.62 caliber rifle, serial number UX0997-70
Bushmaster, Model XM15, .223 caliber rifle, serial number L421781
Bushmaster, Model XM15, .223 caliber rifle, serial number L423435
Bushmaster, Model XM15, .223 caliber rifle, serial number L424000
FN, Five-Seven, 5.7 caliber pistol, serial number 386138755
Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L429978
Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L431491
Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI1501026

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI493099

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L423734

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L447617

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L447860

Bushmaster, Model 16M4, .223 caliber rifle, serial number BFI508329

Bushmaster, Model 16M4, .223 caliber rifle, serial number L432662

Bushmaster, Model 16M4, .223 caliber rifle, serial number L450396

DPMS, Model Panther, .223 caliber rifle, serial number F067689

Beretta, Model M-9, 9mm caliber pistol, serial number M9108974

Beretta, Model M-9, 9mm caliber pistol, serial number M9107248

FN, Model PS-90, 5.7 caliber rifle, serial number FN044218

FN, Model PS-90, 5.7 caliber rifle, serial number FN044228

FN, Model PS-90, 5.7 caliber rifle, serial number FN044322

FN, Model PS-90, 5.7 caliber rifle, serial number FN045352

Bushmaster, Model BCWA2F, .223 caliber rifle, serial number BFI491451

Bushmaster, Model BCWA2F, .223 caliber rifle, serial number BFI492243

Bushmaster, Model BCWA2F, .223 caliber rifle, serial number L425138

Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number BFI500741

Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number L426771

FN, Model PS90, 5.7 caliber rifle, serial number FN044209

FN, Model PS90, 5.7 caliber rifle, serial number FN045492

FN, Model PS90, 5.7 caliber rifle, serial number 00FN049563

Romanian, Model WASR-10, .308 caliber rifle, serial number FM-0104-63

FN, Model PS90, 5.7 caliber rifle, serial number FN049811

FN, Model PS90, 5.7 caliber rifle, serial number FN049812

FN, Model PS90, 5.7 caliber rifle, serial number FN47500

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI481498

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI487205

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI487491

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI490762

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI493257

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI493299

Bushmaster, Model XM-15, .223 caliber rifle, serial number L415966

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI479003

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI4933376

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI494207

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI191691

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI493311

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L416658

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L427594

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI488814

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number BFI487478

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L423949

Bushmaster, Model BCWA1F, .223 caliber rifle, serial number L424043

FN, Model PS90, 5.7 caliber rifle, serial number FN049582

FN, Model 5.7, 5.7 caliber pistol, serial number 386127775

FN, Model PS90, 5.7 caliber rifle, serial number FN049584

FN, Model PS90, 5.7 caliber rifle, serial number FN049589

FN, Model PS90, 5.7 caliber rifle, serial number FN049585

Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number BFI507109

Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number L424129

Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number L433162

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI463017

Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI483784

Bushmaster, Model XM15, .223 caliber rifle, serial number BFI493354

Bushmaster, Model XM15, .223 caliber rifle, serial number BFI507329

FN, Model Five-Seven, 5.7 caliber pistol, serial number 386138743

FN, Model Five-Seven, 5.7 caliber pistol, serial number 386138753

Springfield, Model Socom, .308 caliber rifle, serial number 187782

Armalite, Model AR-10, .308 caliber rifle, serial number US308530

Bushmaster, Model XM15, .223 caliber rifle, serial number BFI507268

Bushmaster, Model XM15, .223 caliber rifle, serial number BFI507435